FILED: September 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2211 (L)
(1:21-cv-00597-AJT-JFA)

_____

SIMPLY WIRELESS, INC.

      Plaintiff - Appellant

v.

T-MOBILE US, INC., f/k/a T-Mobile USA, Inc.; T-MOBILE USA, INC.

      Defendants - Appellees

_____

No. 22-2236
(1:21-cv-00597-AJT-JFA)

_____

SIMPLY WIRELESS, INC.

      Plaintiff - Appellant

v.

T-MOBILE US, INC., f/k/a T-Mobile USA, Inc.; T-MOBILE USA, INC.

      Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Diaz, Judge King, and Judge Rushing.

                                             For the Court

                                             /s/ Nwamaka Anowi, Clerk